UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

BARRY FITZGERALD,

                         *Plaintiff*,

-against-

Index No.: 22-CV-3410 (AMD) (CLP)

SODEXO INC., NY PRESBYTERIAN QUEENS, BANKIN PAREKH *and* DANIEL SKUPSKI,

                         *Defendants*.

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as attorney of record in this case for Defendant, SODEXO INC. Further, we request that a copy of all papers in this action be served upon the undersigned at the office and electronic mail address listed below. I certify that I am admitted to practice in this Court.

Dated: Melville, New York
        October 13, 2022

                                              Respectfully Submitted,

                                              JACKSON LEWIS P.C.
                                              *ATTORNEY FOR DEFENDANT*
                                              *SODEXO INC.*
                                              58 South Service Road, Ste. 250
                                              Melville, New York 11747
                                              (631) 247-0404

                                By:    *s/William Kang*
                                                      William Kang, Esq.

4864-9405-7785, v. 1