# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville, NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4666
MY EMAIL ADDRESS IS: WILLIAM.KANG@JACKSONLEWIS.COM

October 13, 2022

**VIA ECF**

Honorable Ann M. Donnelly
United States District Court, Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

Re:  *Fitzgerald v. Sodexo Inc., et al.*,

Case No.:  22-cv-3410 (AMD) (CLP)

Dear Judge Donnelly:

We represent Sodexo Inc. ("Defendant" or "Sodexo") in the above-referenced matter and write to request an Order clarifying the correct deadline for Sodexo to answer or otherwise respond to the Complaint, or in the alternative to grant an extension.  In short, the Docket in this matter erroneously indicates that Sodexo's deadline to answer the Complaint was October 11, 2022.  However, this deadline was calculated based on an incorrect date of service of the Summons.  As explained below, the Summons was not served on September 20, 2022.  Rather, the Notice of Waiver of Summons was served that date.  Defendants returned the Waiver within the permitted 30 days on October 7, 2022.  Thus, the correct deadline for Sodexo to answer the Complaint is 21 days thereafter, or October 28, 2022.

As the Court is aware, Plaintiff Barry Fitzgerald is appearing *pro se* in this matter.  On July 12, 2022, the Court issued a Memorandum and Order stating, "The Clerk of Court is respectfully requested to prepare a summons for defendant[] Sodexo Inc. . . . , and to forward the summons and the complaint to the United States Marshals Service for service without prepayment of fees."  *Id.* On July 12, a Summons was issued to Sodexo.  *See* Docket No. 5.

On September 20, 2022, Sodexo received via certified mail a package from the United States Marshal Service containing a copy of the Summons and Complaint and four copies of Form USM-299, the United States Marshals Service's "Notice and Acknowledgment of Receipt of Summons and Complaint By Mail."  *See* **Exhibit A** (Form USM-299) ("USM-299").  Clearly, the Marshals Service was invoking the voluntary service provisions.  It was not actually serving the Summons because that cannot be done by certified mail.  Further, USM-299 specifically states that Sodexo had 30 days to return the form.  Upon return, Sodexo would then have 21 days to respond to the Complaint.  *See id.*

In accordance with the instructions on USM-299, the undersigned timely returned two executed copies of USM-299 to the United States Marshals Service via overnight mail, shipped on October 7, 2022. *See* **Exhibit B** (Defendant's correspondence to Marshals Service enclosing Form USM-299, with UPS shipping and delivery confirmation). Accordingly, the correct date from which to calculate Sodexo's deadline to answer the Complaint is October 7, 2022. This means that the date 21 days after October 7, 2022, or **October 28, 2022**, is the correct deadline to answer the Complaint. Unfortunately, however, the docket entry apparently assumed that actual service of the Summons was completed on September 20, which as noted above, was not the case.

Notably, Docket No. 6 is <u>not</u> an executed copy of the Summons (as the docket entry notes). Rather it is proof that the Marshals Service served the waiver form. *See* **Exhibit C** (Docket No. 6) ("USM-285") (noting in the "Remarks" section that the Marshals Service served the USM-299 waiver form).

Accordingly, Sodexo respectfully requests that the Court enter an Order setting Sodexo's deadline to answer or otherwise respond to the Complaint as October 28, 2022. We thank the Court for its attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*William Kang*

William Kang

cc.: Barry Fitzgerald (via regular mail)

Enclosures

4858-2651-2697, v. 1

# EXHIBIT A

U.S. Department of Justice
United States Marshals Service



---

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
Eastern District of New York

TO:
Sodexo, Inc. ET AL.
9801 Washingtonian Blvd
Gaithersburg, MD 20878

Civil Action, File Number  1:22-CV-3410 (AMD)

Barry Fitzgerald
_v._
Sodexo, Inc. , Et. Al.

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York State law.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within 30 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 30 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

GERSON
PACORI

Digitally signed by GERSON
PACORI
Date: 2022.09.09 12:53:52 -04'00'

09/09/2022

Date of Signature

Signature *(USMS Official)*

---

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

Street Number and Street Name or P.O. Box No.

Relationship to Entity/Authority to Receive

City, State and Zip Code

Service of Process

Signature

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

U.S. Department of Justice
United States Marshals Service



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
Eastern District of New York

TO:
Sodexo, Inc. ET AL.
9801 Washingtonian Blvd
Gaithersburg, MD 20878

Civil Action, File Number  1:22-CV-3410 (AMD)

Barry Fitzgerald
*v.*
Sodexo, Inc. , Et. Al.

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within 30 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 30 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

GERSON PACORI

Digitally signed by GERSON PACORI
Date: 2022.09.09 12:53:52 -04'00'

09/09/2022

Date of Signature

Signature *(USMS Official)*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

Street Number and Street Name or P.O. Box No.

Relationship to Entity/Authority to Receive

City, State and Zip Code

Service of Process

Signature

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

U.S. Department of Justice
United States Marshals Service



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
Eastern District of New York

TO: Sodexo, Inc. ET AL.
9801 Washingtonian Blvd
Gaithersburg, MD 20878

Civil Action, File Number  1:22-CV-3410 (AMD)

Barry Fitzgerald

v.

Sodexo, Inc. , Et. Al.

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within 30 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 30 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

**GERSON PACORI**
Digitally signed by GERSON PACORI
Date: 2022.09.09 12:53:52 -04'00'

09/09/2022

Date of Signature

Signature *(USMS Official)*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

Street Number and Street Name or P.O. Box No.

Relationship to Entity/Authority to Receive

City, State and Zip Code

Service of Process

Signature

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| BARRY FITZGERALD | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 22-CV-3410 AMD/CLP |
| SODEXO, INC., ET AL. | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     SODEXO, INC.          NY PRESBYTERIAN QUEENS HOSPITAL
9801 WASHINGTONIAN BLVD.,     56-45 MAIN STREET
GAITHERSBURG, MD 20878        FLUSHING, NY 11355

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ~~xxxx68 days~~ if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. I . Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule  2 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     PRO SE, Barry Fitzgerald
21 St. James Place
Apt. 20N
Brooklyn, NY 11205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

*CLERK OF COURT*

Date:     07/12/2022

S. GALEANO

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

BARRY FITZGERALD,

                    Plaintiff,

        – against –

SODEXO INC., NY PRESBYTERIAN QUEENS,
BANKIN PAREKH *and* DANIEL SKUPSKI,

                 Defendants.

------------------------------------------------------------ X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E D N Y

★ JUL 12 2022 ☆

BROOKLYN OFFICE

MEMORANDUM AND ORDER
22-CV-3410 (AMD) (CLP)

**ANN M. DONNELLY,** United States District Judge:

    On June 7, 2022, the *pro se* plaintiff brought this action against his former employers,

Sodexo Inc. and New York-Presbyterian Queens Hospital, and two individual employees,

asserting claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*

("Title VII"). (ECF No. 1.) I grant the plaintiff's application to proceed *in forma pauperis.*

(ECF No. 2.) For the reasons that follow, I dismiss the plaintiff's Title VII claims against the

two individual employees but allow his claims to proceed against Sodexo Inc. and New York-

Presbyterian Queens Hospital.

## BACKGROUND

    The plaintiff alleges that the defendants discriminated against him on the basis of race.

(ECF No. 1 at 4-5.) He alleges that, after his manager Bankin Parekh struck him in April of

2019, he "made complaints," but "nothing was done by HR," and his "work load increased." (*Id.*

at 5.) He describes another incident in June of 2020, in which a doctor, Daniel Skupski,

allegedly "signaled his hand as if it were a gun . . . and fired at [him] and said 'Pow.'" (*Id.*) The

plaintiff "made complaints to NYP Queens and [his] employer Sodexo Inc.," and "was then

blackballed with write ups and disciplinary charges." (*Id.*)  The plaintiff further alleges that he was terminated in March of 2021 "[d]ue to [] trying to get justice." (*Id.* at 5, 15.)

## LEGAL STANDARD

To avoid dismissal, a complaint must plead "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007).  A claim is plausible "when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Matson v. Bd. of Educ.*, 631 F.3d 57, 63 (2d Cir. 2011) (quoting *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009)).  Although "detailed factual allegations" are not required, a complaint that includes only "labels and conclusions" or "a formulaic recitation of the elements of a cause of action will not do." *Twombly*, 550 U.S. at 555.  A complaint fails to state a claim "if it tenders naked assertions devoid of further factual enhancement." *Iqbal*, 556 U.S. at 678 (internal quotation marks, alterations and citations omitted).

Because the plaintiff is proceeding *pro se*, I construe his complaint liberally, and evaluate it by "less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam) (quoting *Estelle v. Gamble*, 429 U.S. 97, 106 (1976)); *see also Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009).  The plaintiff's pleadings must be read "to raise the strongest arguments that they suggest." *Fowlkes v. Ironworkers Local 40*, 790 F.3d 378, 387 (2d Cir. 2015).

Nevertheless, I must dismiss *sua sponte* an *in forma pauperis* action if it "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B).  An action is "frivolous" when either: (1) "the 'factual contentions are clearly baseless,' such as when

2

allegations are the product of delusion or fantasy"; or (2) "the claim is 'based on an indisputably meritless legal theory.'" *Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998) (internal citation omitted).

## DISCUSSION

The plaintiff brings claims against the defendants pursuant to Title VII, which prohibits an employer from discriminating against an employee because of the employee's race, color, religion, sex, or national origin. *See* 42 U.S.C. § 2000e-2(a).  To state a claim under Title VII, "a plaintiff must plausibly allege that (1) the employer took adverse action against him and (2) his race, color, religion, sex, or national origin was a motivating factor in the employment decision." *Vega v. Hempstead Union Free Sch. Dist.*, 801 F.3d 72, 86 (2d Cir. 2015).  The plaintiff "may do so by alleging facts that directly show discrimination or facts that indirectly show discrimination by giving rise to a plausible inference of discrimination." *Id.* at 87.  As explained below, the plaintiff's claims against defendants Parekh and Skupski are dismissed for failure to state a claim, but his claims against the remaining defendants may proceed.

a.   Bankin Parekh and Daniel Skupski

Individual defendants cannot be held liable under Title VII. *See Cayemittes v. N.Y.C. Dep't of Hous. Pres. & Dev.*, 641 F. App'x 60, 61-62 (2d Cir. 2016) (affirming dismissal of Title VII claims against defendants sued in their individual capacities, "because Title VII does not provide for individual liability"); *Scelsi v. Habberstad Motorsport, Inc.*, No. 19-CV-4315, 2022 WL 580960, at *3 (E.D.N.Y. Feb. 24, 2022) (same).  Thus, the plaintiff cannot state a Title VII claim against defendants Parekh and Skupski, and his claims against them are dismissed pursuant to 28 U.S.C. §§1915(e)(2)(B).

3

b.   Sodexo Inc. and New York-Presbyterian Queens Hospital

The plaintiff alleges that he worked for Sodexo Inc. and New York-Presbyterian Queens

Hospital as a valet driver from May of 2018 until he was terminated in March of 2021.  (ECF

No. 1 at 5, 15.)  He claims that he was discriminated against based on his race.  (*Id.* at 4-5.)  The

plaintiff's Title VII claims against Sodexo Inc. and New York-Presbyterian Queens Hospital

may proceed.

## CONCLUSION

The plaintiff's claims against Bankin Parekh and Daniel Skupski are dismissed for failure

to state a claim upon which relief may be granted.  *See* 28 U.S.C. § 1915(e)(2)(B).  The Clerk of

Court is respectfully directed to amend the caption to reflect the dismissal of these defendants

from the case.

The Clerk of Court is respectfully requested to prepare a summons for defendants Sodexo

Inc. and New York-Presbyterian Queens Hospital, and to forward the summons and the

complaint to the United States Marshals Service for service without prepayment of fees.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken

in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal.  *See*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

s/Ann M. Donnelly

_____
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
       July 12, 2022

4

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

*Barry Fitzgerald*

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

*Sodexo Inc, NY Presbyterian Queens
Bankin Parekh,
Daniel Skupski*

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

Complaint for Employment
Discrimination

Case No. CV 22 - 3410

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

DONNELLY, J.

POLLAK, M.J.



RECEIVED
JUN 07 2022
PRO SE OFFICE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name           Barry Fitzgerald
Street Address  21 St James Pl Apt 20N
City and County  Brooklyn , Kings
State and Zip Code  NY , 11205
Telephone Number  914-683-9181
E-mail Address   BARRYWFTZ@GMAIL.COM

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1
Name           Sodexo Inc
Job or Title    Employer
(if known)
Street Address  9801 Washington Boulevard
City and County  Gaithersburg
State and Zip Code  MD, 20878
Telephone Number  855-763-3904
E-mail Address
(if known)

Defendant No. 2
Name           Daniel Skypski
Job or Title    Medical Doctor
(if known)
Street Address   unknown.
City and County

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name *Sodexo Inc.*

Street Address *140-52 Booth Memorial Ave 2*

City and County *Flushing*

State and Zip Code *NY, 11355*

Telephone Number *855-763-3964*

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

☐   Other federal law *(specify the federal law):*

_____

☐   Relevant state law *(specify, if known):*

_____

☑   Relevant city or county law *(specify, if known):*

_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all
that apply):*

☐   Failure to hire me.

☑   Termination of my employment.

☐   Failure to promote me.

☐   Failure to accommodate my disability.

☑   Unequal terms and conditions of my employment.

☑   Retaliation.

☑   Other acts *(specify):*   Civil rights / discrimination

*(Note:  Only those grounds raised in the charge filed with the Equal
Employment Opportunity Commission can be considered by the federal
district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

1st April 2019 - June 2020
June 2020 - March 2021

I was assaulted by my general manager, terminated,
and discriminated against by Mr. Skupski a gun
was pointed at me and fired. Mr. Skupski began close
contact with my employer Sodexo. Inc. in order to sweep
____ under the rug, and NYP Queens

C.   I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*: ① Threatened base on race.

☑ race ② Work load much more than other staff.

☑ color *Threated and discriminated due to color of my own!*

☐ gender/sex _____

☐ religion _____

☐ national origin _____

☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

_____

E.   The facts of my case are as follows. Attach additional pages if needed.

In April 2019, I was hit by my general manager Bankin Parekh, I made complaints nothing was done by HR. My work load increased, compared to other staff and was unable to get overtime. In June 4, 2020 an incident was caught in video, on hospital grounds, Mr. Skupski signaled his hand as if it were a gun, to his waist 2x and fired at me and said "POW". I made complaints to NYPD Queens and my employer 30deso INC, I was then blackballed, with write ups and displinary charges. I was unable to receive or see the video. Mr. Skupski

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

was never brought up on charges, and I had a witness present with me, who was paid by Mr. Skupski to say that incident never happened. Due to me trying to get histon, I was terminated, and unable to provide for my fam

IV.  **Exhaustion of Federal Administrative Remedies**

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

*April 2019 - March 2021*

B.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Notice of Right to Sue letter.

☑  issued a Notice of Right to Sue letter, which I received on *(date)*

*April 29, 2022*

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.

☐  less than 60 days have elapsed.

V.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Damages aking the court for financial compensation for harassment, discrimination and being terminated from my position, also being hit by my general manager.*

6

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6 / 1, 2022

Signature of Plaintiff _Barry Fitzgerald_

Printed Name of Plaintiff _Barry Fitzgerald_



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 04/29/2022

To: Mr. Barry W. Fitzgerald
21 Saint James Pl
BROOKLYN, NY 11205

Charge No: 531-2021-03146

EEOC Representative:          D. Young
                             Investigator

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 531-2021-03146.

On behalf of the Commission,

Digitally Signed By:Judy Keenan
04/29/2022
Judy Keenan
District Director

**Cc:**
Kimberly Hansen
Sodexo, Inc.
kim.hansen@sodexo.com


Please retain this notice for your records.

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 04/29/2022

**To:** Mr. Barry W. Fitzgerald
21 Saint James Pl
BROOKLYN, NY 11205

Charge No: 531-2021-03146

EEOC Representative:              D. Young
                                 Investigator

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice**. Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 531-2021-03146.

On behalf of the Commission,

Digitally Signed By:Judy Keenan
04/29/2022
Judy Keenan
District Director

**Cc:**
Kimberly Hansen
Sodexo, Inc.
kim.hansen@sodexo.com


Please retain this notice for your records.



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 04/29/2022

**To:** Mr. Barry W. Fitzgerald
21 Saint James Pl
BROOKLYN, NY 11205

Charge No: 531-2021-03146

EEOC Representative:          D. Young
                             Investigator

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 531-2021-03146.

On behalf of the Commission,

Digitally Signed By: Judy Keenan
04/29/2022
Judy Keenan
District Director

**Cc:**
Kimberly Hansen
Sodexo, Inc.
kim.hansen@sodexo.com

**Please retain this notice for your records.**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 531-2021-01146 |

| NEW YORK STATE DIVISION OF HUMAN RIGHTS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MR. BARRY W FITZGERALD** | **917-683-9181** | **1985** |

| Street Address | City, State and ZIP Code |
|---|---|
| **21 SAINT JAMES PL, BROOKLYN, NY 11205** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **SODEXO INC, NEW YORK PRESBYTERIAN QUEENS DR. SKUPSKI** | **Unknown** | **(877) 729-7369** |

| Street Address | City, State and ZIP Code |
|---|---|
| **9801 WASHINGTONIAN BLVD, GAITHERSBURG, MD 20878** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest          Latest |
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN | **01-01-2019    03-29-2021** |
| ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER *(Specify)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(if additional paper is needed, attach extra sheet(s)):*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Barry W Fitzgerald on 09-09-2021 03:33 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 531-2021-03146 |

| | | |
|---|---|---|
| **NEW YORK STATE DIVISION OF HUMAN RIGHTS** | | and EEOC |
| *State or local Agency, if any* | | |

I worked for the above-named company since May 2018 as a valet driver until I was threatened on June 4, 2020 when Dr. Daniel Skupski (White) made a hand gesture with his finger like a gun at me. I complained about the Drs threat, which fell on George Floyds funeral, and nothing was done. There was also an incident in 2019, in which my Indian Supervisor, Bankim Parekh elbowed me in the stomach which was reported but nothing was done by upper management. From June and until I was terminated in March 2021 I was treated differently because of my race (Black) and national origin (African - American) when not given overtime like other workers, including Nascio (Dominican) and Mr. Singh (who shares my supervisors ethnicity). I complained about overtime and continued to complain about the Drs threat along with other events of discrimination. I did good deeds, such that I was placed on my former employers twitter site, as a model employee, yet I was terminated for no good reason. I was not asked to come in early two hours to cover Arlieda Pichardo (Hispanic). As an example, in January 2021 George ? (Hispanic) crashed a ladys car and is still employed, while I was let go for asking for ask for a copy of a video. In February 2021, Willare Armstrong (Black) struck a pedestrian running them over and he was not terminated. Other employees had accidents and did other things which did not result in their suspension, or termination while I was treated much less favorably than them because of my ethnicity and race. When I asked for a copy of the video footage of the dr. threatening me, I was wrongfully suspended on March 19, 2021 pending an investigation. Later, I was wrongfully terminated on March 29, 2021, in retaliation for advocating for my discrimination rights as described above, all in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br><br>**Digitally signed by Barry W Fitzgerald on 09-09-2021 03:33 PM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 531-2021-03146 |

| NEW YORK STATE DIVISION OF HUMAN RIGHTS | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MR. BARRY W FITZGERALD | 917-683-9181 | 1915 |

| Street Address | City, State and ZIP Code |
|---|---|
| 21 SAINT JAMES PL, BROOKLYN, NY 11205 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| SODEXO INC, NEW YORK PRESBYTERIAN QUEENS DR. SKUPSKI | Unknown | (877) 729-7369 |

| Street Address | City, State and ZIP Code |
|---|---|
| 9801 WASHINGTONIAN BLVD, GAITHERSBURG, MD 20878 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-01-2019**   Latest **03-29-2021**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Barry W Fitzgerald on 09-09-2021 03:33 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 531-2021-03146 |

| NEW YORK STATE DIVISION OF HUMAN RIGHTS | and EEOC |
|---|---|

*State or local Agency, if any*

I worked for the above-named company since May 2018 as a valet driver until I was threatened on June 4, 2020 when Dr. Daniel Skupski (White) made a hand gesture with his finger like a gun at me. I complained about the Drs threat, which fell on George Floyds funeral, and nothing was done. There was also an incident in 2019, in which my Indian Supervisor, Bankim Parekh elbowed me in the stomach which was reported but nothing was done by upper management. From about June and until I was terminated in March 2021, I was treated differently because of my race (Black) and national origin (African - America) when not given overtime like other workers, including Nascio (Dominican) and Mr. Singh (who shares my supervisors ethnicity). I complained about overtime and continued to complain about the Drs threat along with other events of discrimination. I did good deeds, such that I was placed on my former employers twitter site, as a model employee, yet I was terminated for no good reason. I was not asked to come in early two hours to cover Arlienda Pichardo (Hispanic). As an example, in January 2021 George ? (Hispanic) crashed a ladys car and is still employed, while I was let go for asking for ask for a copy of a video. In February 2021, Willare Armstrong (Black) struck a pedestrian running them over and he was not terminated. Other employees had accidents and did other things which did not result in their suspension, or termination while I was treated much less favorably than them because of my ethnicity and race. When I asked for a copy of the video footage of the dr. threatening me, I was wrongfully suspended on March 19, 2021 pending an investigation. Later, I was wrongfully terminated on March 29, 2021, in retaliation for advocating for my discrimination rights as described above, all in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency. If any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Barry W Fitzgerald on 09-09-2021 03:33 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 531-2021-03146 |

| NEW YORK STATE DIVISION OF HUMAN RIGHTS | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MR. BARRY W FITZGERALD | 917-683-9181 | 1935 |

| Street Address | City, State and ZIP Code |
|---|---|
| 21 SAINT JAMES PL, BROOKLYN, NY 11205 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| SODEXO INC, NEW YORK PRESBYTERIAN QUEENS DR. SKUPSKI | Unknown | (877) 729-7369 |

| Street Address | City, State and ZIP Code |
|---|---|
| 9801 WASHINGTONIAN BLVD, GAITHERSBURG, MD 20878 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 01-01-2019 | 03-29-2021 |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Digitally signed by Barry W Fitzgerald on 09-09-2021 03:33 PM EDT**

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 531-2021-03146 |

| NEW YORK STATE DIVISION OF HUMAN RIGHTS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

I worked for the above-named company since May 2018 as a valet driver until I was threatened on June 4, 2020 when Dr. Daniel Skupski (White) made a hand gesture with his finger like a gun at me.  I complained about the Drs threat, which fell on George Floyds funeral, and nothing was done.  There was also an incident in 2019, in which my Indian Supervisor, Bankim Parekh elbowed me in the stomach which was reported but nothing was done by upper management.  From about June and until I was terminated in March 2021, I was treated differently because of my race (Black) and national origin (African - American) when not given overtime like other workers, including Nascio (Dominican) and Mr. Singh (who shares my supervisors ethnicity).  I complained about overtime and continued to complain about the Drs threat along with other events of discrimination.  I did good deeds, such that I was placed on my former employers twitter site, as a model employee, yet I was terminated for no good reason. I was not asked to come in early two hours to cover Arllerda Pichardo (Hispanic).  As an example, in January 2021 George ? (Hispanic) crashed a ladys car and is still employed, while I was let go for asking for ask for a copy of a video. In February 2021, Willare Armstrong (Black) struck a pedestrian running them over and he was not terminated.  Other employees had accidents and did other things which did not result in their suspension, or termination while I was treated much less favorably than them because of my ethnicity and race. When I asked for a copy of the video footage of the dr. threatening me, I was wrongfully suspended on March 19, 2021 pending an investigation. Later, I was wrongfully terminated on March 29, 2021, in retaliation for advocating for my discrimination rights as described above, all in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Barry W Fitzgerald on 09-09-2021 03:33 PM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

# EXHIBIT B

# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville, NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: 631-247-4666
MY EMAIL ADDRESS IS: WILLIAM.KANG@JACKSONLEWIS.COM

October 7, 2022

**VIA OVERNIGHT MAIL**

United States Marshals Service
225 Cadman Plaza East, Suite G-20S
Brooklyn, New York 11201

Re:    Barry Fitzgerald v. Sodexo, Inc., et al.
       Case No. 22-CV-3410

To Whom It May Concern:

On behalf of Defendant Sodexo, Inc. ("Defendant"), the undersigned acknowledges receipt of the Notice and Acknowledgment of Receipt of Summons and Complaint by Mail for case number 22-CV-3410 in the United States District Court for the Eastern District of New York. We have also received a copy of the Complaint in this action.

We agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that the entity on whose behalf we are acting be served with judicial process in the manner provided by Rule 4. The entity on whose behalf we are acting will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons. Accordingly, please find enclosed two signed original Notice and Acknowledgement of Receipt of Summons and Complaint forms.

Very truly yours,

JACKSON LEWIS P.C.

*William Kang*

William Kang

WK/nml
Enclosures

4869-4581-4071, v. 1

**U.S. Department of Justice**
**United States Marshals Service**



---

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
Eastern District of New York

| TO: | Sodexo, Inc. ET AL. 9801 Washingtonian Blvd Gaithersburg, MD 20878 | Civil Action, File Number 1:22-CV-3410 (AMD) |
|---|---|---|

Barry Fitzgerald

*v.*

Sodexo, Inc. , Et. Al.

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within 30 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 30 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

09/09/2022

Date of Signature

GERSON PACORI
Digitally signed by GERSON PACORI
Date: 2022.09.09 12:53:52 -04'00'

Signature *(USMS Official)*

---

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

58 South Service Road, Suite 250

Street Number and Street Name or P.O. Box No.

Melville NY 11747

City, State and Zip Code

Signature

Attorney

Relationship to Entity/Authority to Receive

Service of Process
10/6/22

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

**U.S. Department of Justice**
**United States Marshals Service**



---

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
Eastern District of New York

TO: | Sodexo, Inc. ET AL.
9801 Washingtonian Blvd
Gaithersburg, MD 20878

Civil Action, File Number  1:22-CV-3410 (AMD)

Barry Fitzgerald
_v._
Sodexo, Inc. , Et. Al.

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within 30 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 30 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

09/09/2022

Date of Signature

GERSON
PACORI

Digitally signed by GERSON PACORI
Date: 2022.09.09 12:53:52 -04'00'

Signature _(USMS Official)_

---

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

58 South Service Road, Suite 250
Street Number and Street Name or P.O. Box No.

Melville, NY 11747
City, State and Zip Code

Signature

Attorney
Relationship to Entity/Authority to Receive

Service of Process

10/6/22
Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains information useful for tracking your package.

**Kang, William (Long Island)**

| | |
|---|---|
| **From:** | UPS <pkginfo@ups.com> |
| **Sent:** | Tuesday, October 11, 2022 10:18 AM |
| **To:** | Feist, Marianne (Long Island) |
| **Subject:** | UPS Delivery Notification, Tracking Number 1Z5RE8390134349681 |

**[EXTERNAL SENDER]**



### Hello, your package has been delivered.

**Delivery Date:**  Tuesday, 10/11/2022
**Delivery Time:**  10:09 AM
**Left At:**  OFFICE
**Signed by:**  GORSON

| Set Delivery Instructions | Manage Preferences | View My Packages |
|---|---|---|

### JACKSON LEWIS, P.C.

| | |
|---|---|
| **Tracking Number:** | 1Z5RE8390134349681 |
| **Ship To:** | UNITED STATES MARSHALS SERVICE<br>225 CADMAN PLAZA EAST<br>SUITE G-20S<br>BROOKLYN, NY 11201<br>US |
| **Number of Packages:** | 1 |
| **UPS Service:** | UPS Next Day Air® |
| **Package Weight:** | 0.0 LBS |
| **Reference Number:** | 21515.554300.20773 |

 [Download the UPS mobile app](#)

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email.

**Manage Your UPS My Choice Delivery Alerts**

**Review the UPS Privacy Notice**

**Review the UPS My Choice Service Terms**

# EXHIBIT C

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| BARRY FITZGERALD | 22-CV-3410 (AMD)(CLP) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SODEXO, INC., ET AL., | O, CMP AND S |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SODEXO, INC.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

9801 WASHINGTONIAN BLVD., GAITHERSBURG, MD 20878

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

PRO SE, Barry Fitzgerald
21 St. James Place
Apt. 20N
Brooklyn, NY 11205

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 07 2022 ★

BROOKLYN OFFICE

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| S. GARLAND | | (718) 613-2610 | 7/12/22 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 053 | District to Serve No. 0 | Signature of Authorized USMS Deputy or Clerk | Date 9/15/22 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served ,☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date 9/20/22 | Time 0800 | ☒ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | $8.00 | | | $0.00 |

REMARKS: USM 299 MAIL WAIVER / CERTIFIED MAIL

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SODEXO INC.
9801 WASHINGTON BLVD
GAITHERSBURG, MD 20878

9590 9402 7425 2055 6748 25

2. Article Number *(Transfer from service label)*

7013 0600 0001 3566 6048

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X Sodexo
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

Sodexo

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt