UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BARRY FITZGERALD,

                Plaintiff,

        -against-                                **<u>ORDER</u>**
                                                22 CV 3410 (AMD) (CLP)
SODEXO INC., *et al.*,

                Defendants.
-----------------------------------------------------------X
**POLLAK**, Chief United States Magistrate Judge:

On October 13, 2022, defendant Sodexo Inc. wrote to this Court "to request an Order clarifying the correct deadline for Sodexo to answer or otherwise respond to the Complaint, or in the alternative to grant an extension." Sodexo Inc. asks that it be given until October 28, 2022 to answer or otherwise respond to the Complaint. Such a request is granted and Sodexo, Inc. is to answer or otherwise respond to the Complaint by **October 28, 2022.**

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

      **SO ORDERED.**

Dated: Brooklyn, New York
      October 20, 2022                 /s/ Cheryl L. Pollak
                                   Cheryl L. Pollak
                                   United States Magistrate Judge
                                   Eastern District of New York