UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

BARRY FITZGERALD,

                                                            *Plaintiff*,

              -against-                                     Index No.: 22-CV-3410 (AMD) (CLP)

SODEXO INC., and NY PRESBYTERIAN QUEENS,

                                                            *Defendants*.

---------------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as attorney of record in this case for Defendant, NEWYORK-PRESBYTERIAN/QUEENS, incorrectly sued herein as "NY PRESBYTERIAN QUEENS" and SODEXO INC. I certify that I am admitted to practice in this Court.

Dated: Melville, New York
        January 25, 2023                          Respectfully submitted,

                                                 JACKSON LEWIS P.C.
                                                 *ATTORNEY FOR DEFENDANTS*
                                                 *SODEXO INC. and*
                                                 *NEWYORK-PRESBYTERIAN/QUEENS*
                                                 58 South Service Road, Ste. 250
                                                 Melville, New York 11747
                                                 (631) 247-0404

                                   By:      *s/Jeffrey M. Schlossberg*
                                                           Jeffrey M. Schlossberg, Esq.

4856-8316-8845, v. 1