UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BARRY FITZGERALD,

              Plaintiff,

    -against-                                          **ORDER**
                                                      22 CV 3410 (AMD) (CLP)

SODEXO INC., *et al.*,

              Defendants.
----------------------------------------------------------X

**POLLAK**, United States Magistrate Judge:

On February 14, 2023, plaintiff Barry Fitzgerald, appearing *pro se*, and defendants' counsel William Kang, Esq., appeared for a status conference before Magistrate Judge Cheryl L. Pollak. The following discovery schedule was set:

- Defendants are Ordered to send their initial disclosures again to plaintiff.

- The parties are directed to exchange document requests and interrogatories by **March 17, 2023**.

- Responses to these requests are due by **April 17, 2023**.

- Defendants' counsel is Ordered to submit a status report by **May 1, 2023**.

Plaintiff should expect to receive a letter in the mail from the Pro Se Office for the United States District Court for the Eastern District of New York which will include information about discovery, including document requests and interrogatories, as well as information about resources that are available for plaintiffs who do not have an attorney and who are appearing *pro se*.

A status conference is scheduled as follows:

        DATE:                      **May 30, 2023**

        TIME:                      **10:15 a.m.**

| | |
|---|---|
| LOCATION: | Status Conference will proceed via AT&T conference call. |

Please dial 877-336-1839 at **10:15 a.m.**

Enter Access code: 380-1746
and security code: 22-3410

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
February 15, 2023

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York