UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BARRY FITZGERALD,

                    Plaintiff,

      -against-                                    **ORDER**
                                                            22 CV 3410 (AMD) (CLP)

SODEXO INC., *et al.*,

                    Defendants.
---------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

      On July 20, 2023, plaintiff, appearing *pro se*, and defendants' counsel appeared for a status conference before Magistrate Judge Cheryl L. Pollak. Defendants are Ordered to re-serve their interrogatories on plaintiff. Plaintiff must respond to the interrogatories by **August 31, 2023**. Failure to provide responses to defendants' interrogatories could result in this Court making a recommendation to dismiss this matter for plaintiff's failure to prosecute. After plaintiff responds, the parties should proceed with depositions.

      Defendants are also Ordered to re-send plaintiff a HIPAA authorization for BMCC records. Defendant should submit a status report by **October 6, 2023**, updating the Court on the status of discovery.

      A status conference is set as follows:

| | |
|---|---|
| DATE: | **November 22, 2023** |
| TIME: | **10:15 a.m.** |
| LOCATION: | Status Conference will proceed via AT&T conference call. |
| | Please dial 877-336-1839 at **10:15 a.m.** |
| | Enter Access code: 380-1746 and security code: 22-3410 |

1

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail. Enclosed with this Order is a flyer for the Federal Pro Se Legal Assistance Project.[1]

**SO ORDERED.**

Dated: Brooklyn, New York
July 26, 2023

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York

---

[1] The clinic can also be contacted through their website: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/